193 So.2d 528

**STATE of Louisiana Through the DEPART-MENT OF HIGHWAYS**

v.

**J. A. BORDAGES et al.**

No. 48502.

Jan. 20, 1967.

In re: the Department of Highways of the State of Louisiana applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu, 191 So.2d 797.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

■

193 So.2d 528

**Willie JONES**

v.

**CRESCENT CONSTRUCTION COMPANY and Maryland Casualty Company.**

No. 48503.

Jan. 20, 1967.

In re: Willie Jones applying for certiorari, or writ of review, to the Court of

Appeal, Fourth Circuit, Parish of Orleans, 192 So.2d 212.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.